WATERMAN CORPORATION et al., Respondents, *v.* JAMES M. JOHNSTON et al., Defendants, and RHODE ISLAND INSURANCE COMPANY et al., Respondents.  LUCILLE KALT, Objecting Stockholder, Appellant.

Submitted November 17, 1952; decided December 5, 1952.

*Bijur & Herts* for motion.

*Harold F. Levin, Norman Moloshok, Maurice Mound, Isidor J. Kresel* and *Harold I. Meyerson* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the moving party is not a party aggrieved by the judgment entered below.